AO 455 (Rev. 01/09) Waiver of an Indictment

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 17 2012
CHRIS R. JOHNSON, CLERK
By
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| United States of America ) | Case No. 3:12-CR-30013-001 |
| v. ) | |
| ) | |
| Westley Pearce ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/17/2012

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Eddie Christian
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. P. K. Holmes, III, Chief U.S. District Judge
*Judge's printed name and title*