**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

| | |
|---|---|
| CRIMINAL NO. 12-30013-001 | USA v. WESTLEY PEARCE |
| COURT PERSONNEL: | APPEARANCES: |
| JUDGE: P. K. HOLMES, III | GOVERNMENT: DUSTIN ROBERTS |
| CLERK: JANE ANN SHORT | DEFENDANT: EDDIE CHRISTIAN<br>(X) RET ( )FPD   ( )WV   ( )CJA |
| REPORTER: RICK CONGDON | |

**INITIAL APPEARANCE AND/OR ARRAIGNMENT AND PLEA MINUTES**

On this date the above-named defendant appeared in person and with counsel for initial appearance, arraignment, and plea in regard to Count 1 of the information.

- (X) Defendant sworn and examined about offense.
- (X) Level of offence: felony.
- (X) Inquiry by court as to defendant's age, education level, and ability to comprehend proceedings.
- (X) Determination by court that defendant has reviewed charging documents
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Waiver of indictment executed and filed.
- (X) Defendant informed of rights.
- (X) Defendant informed of maximum possible penalties, including payment of special assessment and restitution.
- (X) Information filed.
- (X) Plea agreement terms orally stated in open court.
- (X) Court determined that plea is voluntary.
- (X) Court determined that there is factual basis for plea.
- (X) Defendant entered guilty plea to Count 1.
- (X) Plea accepted.
- (X) Defendant found guilty as charged.
- (X) Sentencing deferred pending preparation of presentence report.
- (X) Defendant remanded to custody of USMS.

DATE:   December 17, 2012

Proceedings began:   1:32 pm

ended:   1:58 pm