**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

CRIMINAL NO. 12-30013-001        USA v.  WESTLEY PEARCE

COURT PERSONNEL:                 APPEARANCES:

Judge: P. K. HOLMES, III         Government:   DUSTIN ROBERTS

Clerk: JANE ANN SHORT            Defendant:    EDDIE CHRISTIAN

Reporter:  RICK CONGDON

## SENTENCING MINUTES

On this date the above-named defendant appeared in person and with counsel for sentencing.

- (X)  Inquiry made that defendant is satisfied with counsel.
- (X)  Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X)  Presentence investigation report reviewed in open court.
- (X)  Court expresses final approval of plea agreement.
- (X)  Attorney for government afforded opportunity to make statement to court.
- (X)  Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X)  Defendant afforded opportunity to make statement.
- (X)  Court proceeded to impose sentence as follows:

   24 months imprisonment; 5 years supervised release; no fine imposed.

- (X)  Defendant ordered to comply with standard conditions of supervised release.
- (X)  Defendant ordered to comply with the following special conditions of supervised release:

   Defendant shall submit his person, residence, place of employment, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search conducted by the U.S. Probation Officer at a reasonable time and in a reasonable manner based on a reasonable suspicion of evidence of any violation of conditions of supervised release.  Defendant shall warn any other residents that their premises may be subject to search pursuant to this condition.

   If deemed necessary, defendant shall submit to any means utilized by the probation office to track his whereabouts or location at any time.

   Defendant shall submit to in-patient or out-patient mental health evaluation, counseling, testing and/or treatment, as deemed necessary and directed by the U.S. Probation Officer.

Case No. 12-30013-001

      Except for purposes of employment, defendant shall not possess, use, or have access to a computer or any other electronic device that has internet or photography capabilities, without prior written approval of the U.S. Probation Officer.

(X)    Defendant ordered to pay total special assessment of $100.00 for Count 1, which shall be due immediately.
(X)    Defendant advised of right to appeal sentence imposed.
(X)    Appeal packet provided.
(X)    Government moved to dismiss pending charges of the indictment filed in this case and forfeiture allegation; granted by the court.
(X)    Defendant remanded to custody of the USMS.

DATE:  May 1, 2013

                                      Proceeding began:    9:04 am

                                                  ended:    9:42 am