PROB 12A
(4/2014)

# UNITED STATES DISTRICT COURT

for the

WESTERN DISTRICT OF ARKANSAS

## Report on Offender Under Supervision

Name of Offender:   WESTLEY PEARCE          Case Number:   3:12CR30013-001

Name of Sentencing Judicial Officer:   Honorable P.K. Holmes III, Chief United States District Judge

Date of Original Sentence:   May 1, 2013

Original Offense:   Travel with Intent to Engage in Illicit Sexual Conduct with a Minor, in Violation of 18 U.S.C. § 2423(b)

Original Sentence:   24 months Bureau of Prisons with credit for time already served; 5 years supervised release; sex offender registration, standard conditions; search condition; submit to any means utilized by the probation office to track his whereabouts or location at any time; sex offender treatment; except for purposes of employment, the defendant shall not possess, use, or have access to a computer or any other electronic device that has internet or photography capabilities, without prior written approval of the U.S. Probation Officer; and $100 special assessment.

Type of Supervision:   Supervised Release          Date Supervision Commenced:   August 27, 2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Mandatory Condition:**  The defendant shall refrain from any unlawful use of a controlled substance.

On April 22, 2015, Mr. Pearce signed an admission of drug use form stating he used Roxicodone on April 20, 2015, without proper medical authorization in the form of a valid prescription or physician's instruction. Further, it should be noted that Mr. Pearce advised his supervising officer he administered the drug intravenously.

**U.S. Probation Officer Action:** Mr. Pearce is currently being supervised in the Eastern District of Oklahoma. Based on his recent drug use, he has been referred for individual counseling and placed on random drug testing. The Eastern District of Oklahoma is requesting that transfer of jurisdiction be initiated so any future violations can be addressed by their Court.

WESTLEY PEARCE
3:12CR30013-001
May 4, 2015
Page 2

| Approved: | Respectfully submitted, |
|---|---|
| *[signature]* | *[signature]* |
| Michael K. Scott | Brent Young |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| Date: May 4, 2015 | Date: May 4, 2015 |

cc: Kenneth P. Elser
    Assistant U.S. Attorney, Criminal Chief

---

☑ Pursue Course of Action Stated

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 0 5 2015

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

*[signature]*
Honorable P.K. Holmes, III
Chief U.S. District Judge

5-5-15
Date